IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:99cr22-RH/WCS
4:06cv187-RH/WCS

DANIEL WRIGHT,

    Defendant.

_____/

## ORDER DENYING "RULE 60(b)" MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 208) and the objections thereto (document 209). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant Daniel Wright's motion for relief under Fed. R. Civ. P. 60(b)(6) and motion for judicial notice (documents 205 and 206) are DENIED.

SO ORDERED this 31st day of July, 2006.

                                  s/Robert L. Hinkle
                                  Chief United States District Judge